# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ADRIANNE LINDGRIN,<br><br>              Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL, Deputy Commission of Social Security for Operations,<br><br>              Defendant. | CASE NO. 3:17-CV-05385-JRC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES |

      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 7). This matter is before the Court on plaintiff's Stipulated Motion for EAJA Fees (*see* Dkt. 16).

      Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the stipulation of the parties (*see* Dkt. 16), the attorney declaration and time and expense itemizations (Dkt. 16, Attachments 3, 4), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $2,371.32 and expenses in the amount of $4.50, shall be awarded to plaintiff pursuant to the

| | |
|---|---|
| 1 | EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at |
| 2 | \*\*\*6-\*\*\*7 (2010). |
| 3 |     The Acting Commissioner shall contact the Department of Treasury after the Order for |
| 4 | EAJA fees and expenses is entered to determine if the EAJA fees and expenses are subject to any |
| 5 | offset. If it is determined that plaintiff's EAJA fees are not subject to any offset allowed |
| 6 | pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees shall |
| 7 | be made payable to Janet Leanne Martinez, Esq., based on plaintiff's assignment of these |
| 8 | amounts to plaintiff's attorney (*see* Plaintiff's Declaration Regarding Net Worth and Payment of |
| 9 | EAJA Fees, Dkt. 16, Attachment 2). If there is an offset, the remainder shall be made payable to |
| 10 | plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No. 2:15-cv- |
| 11 | 122, Dkt. 22, p. 4). Any check for EAJA fees shall be mailed to plaintiff's counsel, Janet Leanne |
| 12 | Martinez, Esq., at Douglas, Drachler, McKee & Gilbrough, 1904 3rd Avenue, Suite 1030, Seattle, |
| 13 | WA 98101. |
| 14 |     Dated this 30th day of March, 2018. |

*[signature]*

J. Richard Creatura
United States Magistrate Judge